# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees

## For Individual Researchers Associated with Educational Institutions

| | |
|---|---|
| Applicant's Name: | Nathan Reitinger (JD; MS, PhD in Computer Science) |
| Applicant's Title: | Empirical Fellow of Law and Computer Science (Northwestern Pr |
| Applicant's Phone Number: | (719) 321-5097 |
| Applicant's Email Address: | nathan.reitinger@law.northwestern.edu |
| Applicant's Mailing Address: | 375 E Chicago Ave, Chicago, IL 60611 USA |

1. Are you an individual researcher associated with an educational institution, or a student associated with an educational institution conducting academic research under the supervision of a professor or instructor?
   ☒ Yes
   ☐ No
2. Please identify your status. [Certification Requirement] Please attach a letter from the professor/instructor who certifies this research is for a course project, thesis, dissertation, or other academic product.
   ☐ High School student
   ☐ Undergraduate Student
   ☐ Graduate/Professional Student
   ☒ Faculty/Lecturer
   ☒ Post-Doctoral Researcher
   ☐ Certification program student.
3. Please provide the name and type of educational institution you and your research are associated with.
   Name of Institution: Northwestern Pritzker School of Law

   ☐ Community/Junior College
   ☐ Four-year college or university
   ☐ Post-graduate program
   ☐ Other degree conferring program, including secondary school program.
   ☐ Professional skills certification program
   ☒ Other non-degree conferring program. Explain:

   Law School

4. Is the associated educational institution duly accredited and located in the United States? You may search this site https://ope.ed.gov/dapip/#/home to determine whether your institution has been accredited in the United States.

   ☒ Yes

   ☐ No

5. Do you and/or your affiliated academic institution plan to sell the product of your research?

   ☐ Yes

   ☒ No

6. Do you plan to re-distribute the product of your research? If so, please describe the manner in which it will be re-distributed?

   No. The research will produce a law review publication; the data requested—filed documents—will not be shared in the publication or in any data source accompanying the publication. High-level results from statistical tests will be shared (e.g., output of regression analysis), though it will be impossible to recover the underlying documents

7. Please describe your research project, including the hypothesis or thesis that your research will support. You may be required to provide additional information.

   Are federal district court judges formalists or realists? This research will answer that question by identifying semantically similar complaints and statistically analyzing the internal consistency of how judges rule on those complaints on motions to dismiss. My hypothesis is that nearly identical complaints are ruled on (per motion to dismiss) in

8. Please describe what resources are needed from PACER and why. Limitation in scope is demonstrated by narrowly tailoring the amount of exempt access requested to meet the needs of the defined research project.

   A large number of complaint documents uploaded by litigants are required for this project. These documents are required because the complaint presents a unique opportunity to analyze rulings on facts interpreted under the Twombly and Iqbal standard pre-discovery (i.e., within the four corners of the document). This is why there is a focus on cases where a motion to dismiss occurred (allowing this request to be limited to those cases where that

9. Please estimate of the number and type(s) of cases and/or documents needed to accomplish your research.

   The study requires 596,136 documents, derived from district-level document counts in the attached Excel sheet. This figure is grounded in a power analysis conducted to identify the minimum data needed to draw statistically reliable conclusions. Specifically, to detect meaningful variation in judicial behavior with 80% power at $p < .05$, the analysis requires at least 105 cases per judge and a minimum of 20 judges per district. That yields a floor of 2,100 documents per district per year ($105 \times 20$). Across three years and all 94 federal

10. Please indicate whether you intend to conduct your research using manual searches or by running a data script or some other computer-aided search and/or retrieval process.

> A computer-aided data script will download the documents. This script will be rate-limited (e.g., taking several-minute breaks after every 10th document accessed), will not operate in concurrent threads, and will operate during hours when it is unlikely that other litigants are using the system (e.g., midnight to 5 AM).

11. What is the period of time for which you are requesting the PACER fee exemption? Please note that you must provide a specific timeframe. You may not request an exemption for an indefinite time period.

> The data collection associated with this research will take no more than three months to complete from the date on which the research begins (i.e., if this application is granted on August 1, the research will be completed no later than November 1). This timeline is necessary to ensure low impact to court servers, such that no court is overwhelmed by data requests generated by the research.

12. Please select the courts from which you are requesting PACER fee exemptions.

Courts of Appeal

| | | |
|---|---|---|
| ☐ All Courts of Appeal | ☐ Fifth Circuit | ☐ Tenth Circuit |
| ☐ First Circuit | ☐ Sixth Circuit | ☐ Eleventh Circuit |
| ☐ Second Circuit | ☐ Seventh Circuit | ☐ D.C Circuit |
| ☐ Third Circuit | ☐ Eighth Circuit | ☐ Federal Circuit |
| ☐ Fourth Circuit | ☐ Ninth Circuit | |

Bankruptcy Appellate Panels (BAP)

| | |
|---|---|
| ☐ First Circuit - BAP | ☐ Ninth Circuit - BAP |
| ☐ Sixth Circuit - BAP | ☐ Tenth Circuit - BAP |
| ☐ Eighth Circuit - BAP | |

District Courts

| | | | |
|---|---|---|---|
| ☒ All District Courts | ☐ Idaho | ☐ Montana | ☐ Puerto Rico |
| ☐ Alabama Middle | ☐ Illinois Central | ☐ Nebraska | ☐ Rhode Island |
| ☐ Alabama Northen | ☐ Illinois Northern | ☐ Nevada | ☐ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☐ South Dakota |
| ☐ Alaska | ☐ Indiana Northern | ☐ New Jersey | ☐ Tennessee Eastern |
| ☐ Arizona | ☐ Indiana Southern | ☐ New Mexico | ☐ Tennessee Middle |
| ☐ Arkansas Eastern | ☐ Iowa Northern | ☐ New York Eastern | ☐ Tennessee Western |

- ☐ Arkansas Western
- ☐ California Central
- ☐ California Eastern
- ☐ California Northern
- ☐ California Southern
- ☐ Colorado
- ☐ Connecticut
- ☐ Delaware
- ☐ District of Columbia
- ☐ Florida Middle
- ☐ Florida Northern
- ☐ Florida Southern
- ☐ Georgia Middle
- ☐ Georgia Northern
- ☐ Georgia Southern
- ☐ Guam
- ☐ Hawaii
- ☐ Iowa Southern
- ☐ Kansas
- ☐ Kentucky Eastern
- ☐ Kentucky Western
- ☐ Louisiana Eastern
- ☐ Louisiana Middle
- ☐ Louisiana Western
- ☐ Maine
- ☐ Maryland
- ☐ Massachusetts
- ☐ Michigan Eastern
- ☐ Michigan Western
- ☐ Minnesota
- ☐ Mississippi Northern
- ☐ Mississippi Southern
- ☐ Missouri Eastern
- ☐ Missouri Western
- ☐ New York Northern
- ☐ New York Southern
- ☐ New York Western
- ☐ North Carolina Eastern
- ☐ North Carolina Middle
- ☐ North Carolina Western
- ☐ North Dakota
- ☐ Northern Mariana Islands
- ☐ Ohio Northern
- ☐ Ohio Southern
- ☐ Oklahoma Eastern
- ☐ Oklahoma Northern
- ☐ Oklahoma Western
- ☐ Oregon
- ☐ Pennsylvania Eastern
- ☐ Pennsylvania Middle
- ☐ Pennsylvania Western
- ☐ Texas Eastern
- ☐ Texas Northern
- ☐ Texas Southern
- ☐ Texas Western
- ☐ Utah
- ☐ Vermont
- ☐ Virgin Islands
- ☐ Virginia Eastern
- ☐ Virginia Western
- ☐ Washington Eastern
- ☐ Washington Western
- ☐ West Virginia Northern
- ☐ West Virginia Southern
- ☐ Wisconsin Eastern
- ☐ Wisconsin Western
- ☐ Wyoming

Bankruptcy Courts

- ☐ All Bankruptcy Courts
- ☐ Alabama Middle
- ☐ Alabama Northen
- ☐ Alabama Southern
- ☐ Alaska
- ☐ Arizona
- ☐ Arkansas Eastern
- ☐ Arkansas Western
- ☐ California Central
- ☐ California Eastern
- ☐ California Northern
- ☐ California Southern
- ☐ Colorado
- ☐ Connecticut
- ☐ Delaware
- ☐ District of Columbia
- ☐ Florida Middle
- ☐ Idaho
- ☐ Illinois Central
- ☐ Illinois Northern
- ☐ Illinois Southern
- ☐ Indiana Northern
- ☐ Indiana Southern
- ☐ Iowa Northern
- ☐ Iowa Southern
- ☐ Kansas
- ☐ Kentucky Eastern
- ☐ Kentucky Western
- ☐ Louisiana Eastern
- ☐ Louisiana Middle
- ☐ Louisiana Western
- ☐ Maine
- ☐ Maryland
- ☐ Massachusetts
- ☐ Montana
- ☐ Nebraska
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☐ New Mexico
- ☐ New York Eastern
- ☐ New York Northern
- ☐ New York Southern
- ☐ New York Western
- ☐ North Carolina Eastern
- ☐ North Carolina Middle
- ☐ North Carolina Western
- ☐ North Dakota
- ☐ Northern Mariana Islands
- ☐ Ohio Northern
- ☐ Ohio Southern
- ☐ Puerto Rico
- ☐ Rhode Island
- ☐ South Carolina
- ☐ South Dakota
- ☐ Tennessee Eastern
- ☐ Tennessee Middle
- ☐ Tennessee Western
- ☐ Texas Eastern
- ☐ Texas Northern
- ☐ Texas Southern
- ☐ Texas Western
- ☐ Utah
- ☐ Vermont
- ☐ Virgin Islands
- ☐ Virginia Eastern
- ☐ Virginia Western
- ☐ Washington Eastern

- ☐ Florida Northern
- ☐ Florida Southern
- ☐ Georgia Middle
- ☐ Georgia Northern
- ☐ Georgia Southern
- ☐ Guam
- ☐ Hawaii
- ☐ Michigan Eastern
- ☐ Michigan Western
- ☐ Minnesota
- ☐ Mississippi Northern
- ☐ Mississippi Southern
- ☐ Missouri Eastern
- ☐ Missouri Western
- ☐ Oklahoma Eastern
- ☐ Oklahoma Northern
- ☐ Oklahoma Western
- ☐ Oregon
- ☐ Pennsylvania Eastern
- ☐ Pennsylvania Middle
- ☐ Pennsylvania Western
- ☐ Washington Western
- ☐ West Virginia Northern
- ☐ West Virginia Southern
- ☐ Wisconsin Eastern
- ☐ Wisconsin Western
- ☐ Wyoming

National Courts

- ☐ Judicial Panel on Multidistrict Litigation
- ☐ U.S. Court of Federal Claims
- ☐ U.S. Court of International Trade

13. In support of this application, I certify the following:
    a. An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

    b. I understand that any authorized fee exemption will apply only to me, will be valid only for the purposes stated above and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

    c. I agree that any data I receive through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet; and

    d. I declare that all the information I have provided on this application is true, and I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees.

    e. I certify that I have read the instructions and am aware of the available resources to obtain judicial opinions and data on case filings outside of PACER and that additional information from PACER is required to accomplish my research objective.

Signature ______________________________